IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRYSTAL SANDERS | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | 3:09-CV-0307-P |
| v. | § | |
| | § | |
| DALCRAFT, LLC, d/b/a CRAFT, DALLAS | § | |
| | § | |
| Defendant. | § | |

## ORDER OF REFERENCE

Under authority of 28 U.S.C. § 636(b), it is ORDERED that Plaintiff's Motion to Quash and for Protective Order and Request for Expedited Hearing, filed May 4, 2009, be referred to the **Honorable Jeff Kaplan**, United States Magistrate Judge, for hearing, if necessary, and determination.

**It is so ordered.**

Signed this 5th day of May, 2009.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE