IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRYSTAL SANDERS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION No. 3:09-CV-0307-P |
| | § | |
| DALCRAFT, LLC, | § | |
| D/B/A CRAFT OF DALLAS, | § | |
| | § | |
| DEFENDANT. | § | |

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

This matter is before the Court on defendant's *Motion to Compel*. Having considered the motion, the submissions of the parties, the arguments of counsel and the other papers on file in this case, the Court finds the motion should be, in all things, **GRANTED**.

**IT IS, THEREFORE, ORDERED** not later than noon, Monday, June 8, 2009, plaintiff shall provide to defendant's counsel a verified or sworn answer to defendant's Interrogatory No. 7.

**SO ORDERED** this 5th day of June, 2009.

_____
JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE

SEEN AND AGREED:

_____
DAVID K. WATSKY                with permission
ATTORNEY FOR PLAINTIFF         by Catherine Faubion

_____
CATHERINE J. FAUBION
ATTORNEY FOR DEFENDANT