IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRYSTAL SANDERS, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:09-CV-0307-P |
| | § | |
| DALCRAFT, LLC, | § | |
| D/B/A CRAFT OF DALLAS, | § | |
| | § | |
| DEFENDANT. | § | |

## ORDER

This matter is before the Court on Defendant's Motion to Compel and Joint Status Report (Doc. #21). Having considered the motion, the submissions of the parties, the arguments of counsel and the other papers on file in this case, the Court finds the motion should be, in all things, **GRANTED**.

**IT IS, THEREFORE, ORDERED:**

1.    Plaintiff shall produce her monthly cell phone invoices containing phone calls to or from Nathan Eller (phone number 972-514-9194).  Plaintiff shall also produce the three text messages from Nathan Eller that she forwarded to her father.

2.    The documents produced by plaintiff pursuant to this Order are subject to the Agreed Protective Order (Doc. #17).

**SO ORDERED.**

**SIGNED** November 24, 2009.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE

**Order – Page 1**

**SEEN AND AGREED:**


**/s/ David K. Watsky**

**DAVID K. WATSKY**

**ATTORNEY FOR PLAINTIFF**


**/s/ Catherine J. Faubion**

**CATHERINE J. FAUBION**

**ATTORNEY FOR DEFENDANT**


1476958